UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>　　　　　Defendants. | CASE NO. ED CV 10-0797-VAP (PJW)<br><br>J U D G M E N T |

　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: February 18 2011.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\JOHNSON 0797\JUDGMENT.wpd